Request for Jurisdiction Transfer  
Name of Offender: Gordon Driver

July 31, 2025

| ✎PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>2:12-CR-00967JAK |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>No |
|---|---|---|
| Mr. Gordon Driver<br>███████████ | NAME OF SENTENCING JUDGE<br>John A Kronstadt | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>December 20, 2024 | TO<br>December 19, 2027 |

| OFFENSE |
|---|
| Wire Fraud (Count 9), and False Statement (Count 16). |

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) |
|---|
| Mr. Driver's family ties and support system live in the D/NV and there is no intentions for him to return to the Central District of California. |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    CENTRAL    DISTRICT OF    CALIFORNIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

August 6, 2025  
*Date*

*United States District Judge   John A. Kronstadt*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  
*Effective Date*

_____  
*United States District Judge*