Request for Jurisdiction Transfer  July 31, 2025
Name of Offender: Gordon Driver

PROB 22
(Rev. 01/24)

**FILED**
CLERK, U.S. DISTRICT COURT
8/29/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV   DEPUTY

DOCKET NUMBER *(Tran. Court)*
2:12-CR-00967JAK

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00258-JAD-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Gordon Driver | Central of California | No |

**FILED**
CLERK, U.S. DISTRICT COURT
8/29/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV   DEPUTY

NAME OF SENTENCING JUDGE: John A Kronstadt

DATES OF PROBATION/SUPERVISED RELEASE   FROM December 20, 2024   TO December 19, 2027

**OFFENSE**
Wire Fraud (Count 9), and False Statement (Count 16).

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Driver's family ties and support system live in the D/NV and there is no intentions for him to return to the Central District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    CENTRAL    DISTRICT OF    CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

August 6, 2025
*Date*

*United States District Judge   John A. Kronstadt*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____    DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/27/2025
*Effective Date*

*United States District Judge*